# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: MCALLA, Sheena                    Case No. 16-14604
                                         Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM OF MULTIBANK 2009-1 RES-ADC VENTURE, LLC

### IMPORTANT NOTICE TO

### CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3 | MULTIBANK 2009-1 RES-ADC VENTURE, LLC | $63,292.27 | Claim is Based on a Mortgage and Note which Secures up to the value of the property. Property has not been sold at foreclosure sale. Debtor submits the online appraisal is more in line with the value of the property making creditor oversecured as value of property is $125,000. Reclassify total claim as Secured. |

LF-24 (rev. 12/01/09)                    Page 1 of  2

\*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

/S/ Angelo A. Gasparri
Attorney for Debtor(s)
Angelo A. Gasparri, Esq.
FLBN:  32158
(561) 826-8986
1080 South Federal Highway
Boynton Beach, FL  33435
Angelo@drlclaw.com

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).