(/?q=1464366367)

Area Overview (http://www.homefacts.com/zip-code/Florida/Lee-County/Lehigh-Acres/33973.html)

Real Estate (http://www.homefacts.com/real-estate/Florida/Lee-County/Lehigh-Acres/33973.html)

Offenders (http://www.homefacts.com/offenders/Florida/Lee-County/Lehigh-Acres/33973.html)

Schools (http://www.homefacts.com/schools/Florida/Lee-County/Lehigh-Acres/33973.html)

Crime Stats (http://www.homefacts.com/crime/Florida/Lee-County/Lehigh-Acres/33973.html)

Unemployment (http://www.homefacts.com/unemployment/Florida/Lee-County/Lehigh-Acres/33973.html)

Environment Hazards (http://www.homefacts.com/environmentalhazards/Florida/Lee-County/Lehigh-Acres/33973.html)     More ▼

Interactive Map (http://www.homefacts.com/interactivemap/Florida/Lee-County/Lehigh-Acres/33973.html)     Log In

Enter an address, city & state or zip code






# 3001-3003 Owen Ave S

Lehigh Acres, FL 33973

-- Beds | -- Bath | -- Sq.ft

## Off Market

**$125,000** (Est. Value)
Refinance Today (/ads/mortgagetracking.html?property_value=125000&property_zip=33973&loan_purpose=1&id=2&page=address)
Free Credit Score (/ads/credit.html?category=property&page=address&id=4)

Map View | Street View



(http://www.bing.com/maps/?v=2&cp=26.604323999999984~-81.74906900000002&lvl=20.213367114364022&FORM=BMLOGO)
Check Property Owners—See Current & Past Owners Now! 

## Property information for 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

3001-3003 Owen Ave S, Lehigh Acres, FL 33973 is a Residential - Vacant Land property with -- bedrooms, -- bathrooms, and is approximately -- sq feet of living space. The estimated market value for 3001-3003 Owen Ave S, Lehigh Acres, FL 33973 is $125,000, based on recent sales of similar homes and other property assessment information. this Residential - Vacant Land is located in Lehigh Acres, FL in the zip code 33973. The nearest zip codes are 33913 (/real-estate/Florida/Lee-County/Lehigh-Acres/33913.html) , 33930 (/real-estate/Florida/Lee-County/Lehigh-Acres/33930.html) , 33935 (/real-estate/Florida/Lee-County/Lehigh-Acres/33935.html). Gateway (/real-estate/Florida/Lee-County/Gateway.html), Buckingham (/real-estate/Florida/Lee-County/Buckingham.html) and Fort Myers (/real-estate/Florida/Lee-County/Fort-Myers.html) are the nearest cities.

 (http://www.homedisclosure.com/?utm_source=hf&utm_medium=desktopwidget&utm_campaign=hdwidget)

| Sex Offenders | Environmental Hazards | Natural Disasters | Local Schools |
|---|---|---|---|
| 24 Found | 1 Found | 2 Found | Above Average |

**Get Your Complete Report FREE!** (http://www.homedisclosure.com/sign-up?parcelID=161251443&utm_source=h...)

## Property Details

- Residential - Vacant Land
- Lot Size: 12,915 sq ft
- Parcel Number: 31442602000260020
- County: Lee
- Subdivision: LEHIGH ESTATES
- Census: 1
- Tract: 40121
- Lot: 2
- Zoning: RM-2
- Legal: LEHIGH ESTATES UNIT 2 BLK 26 PB 15 PG 82 LOT 2

**More features**
We're sorry! No More features found in our database.

### Get the Best Refinance Rates in Lehigh Acres (http://www.homefacts.com/mortgage-rates/Florida/Lee-County/Lehigh-Acres.html)



Compare the following rates to the daily average of 3.38%

| Zip Code: | Property Value: | Down Payment: | Loan Type: |
|---|---|---|---|
| 33973 | $300,000 | $60,000 | 30-Year Fixed |

| Lender | Rate | APR | Payment | Fees | |
|---|---|---|---|---|---|
| BNC National Bank | 3.38% | 3.49% | $1,062 /mo | $3,316 | Get Details |
| SmartPath Mortgage | 3.38% | 3.50% | $1,062 /mo | $3,647 | Get Details |
| First Internet Bank | 3.38% | 3.50% | $1,062 /mo | $3,769 | Get Details |

Disclosures    See More Rates

NMLS #1136

**Contact a Local Agent**

Select Inquiry Type ▼

First Name

Last Name

Your Phone

Your Email Address

Submit



## Featured Partners

- ![RealtyTrac] (http://www.realtytrac.com/gateway_co.asp?accnt=354314)
  Free 7 day Member Access (http://www.realtytrac.com/gateway_co.asp?accnt=354314)
- ![USInsurance] (https://quote.usinsuranceonline.com/launch?quoteType=HOM&refID=16020&refCampaign=SOURCE&kw=CLICKID&brand=)
  Get fast, free home insurance quotes in minutes (https://quote.usinsuranceonline.com/launch?quoteType=HOM&refID=16020&refCampaign=SOURCE&kw=CLICKID&brand=)
- ![checkmate] (/ads/instantcheckads.html?type=logo&aff=instantcheckmate&section=address)
  Instant access to premium background reports (/ads/instantcheckads.html?type=link&aff=instantcheckmate&section=address)
-  (/ads/instantcheckads.html?type=logo&aff=reversephonelookup&section=address)
  Find out who is behind any cell or landline number (/ads/instantcheckads.html?type=link&aff=reversephonelookup&section=address)
- ![Informa] (/ads/mortgagetracking.html?property_value=125000&property_zip=33973&loan_purpose=1&id=2&page=address)
  Refinancing? Compare Rates with Informa (/ads/mortgagetracking.html?property_value=125000&property_zip=33973&loan_purpose=1&id=2&page=address)
- ![] (/ads/credit.html?category=property&page=address&id=4)
  View Your Latest Credit Scores in 60 Sec (/ads/credit.html?category=property&page=address&id=4)

## Sale History

| Date | Event | Price | Price/sq.ft. | Source |
|---|---|---|---|---|
| 3/15/2005 | Sold | $44,000 | $0 | Public Records |
| 3/26/2004 | Sold | $16,000 | $0 | Public Records |

## Tax History

| Year | Taxes | Land | Improvements | Assessment |
|---|---|---|---|---|
| 2014 | $81 (+2.65%) | $0 | $0 | $3,060 |
| 2013 | $78 (+2.62%) | $0 | $0 | $3,000 |
| 2012 | $67 (+2.89%) | $0 | $0 | $2,340 |

- Schools
- Crime
- Real Estate
- Enviro Hazards
- Natural Disasters
- Demographics
- Neighborhood

## Schools
### 👁 view all (/schools/Florida/Lee-County/Lehigh-Acres/33973.html)
✳ Assigned Schools

- Public SchoolsRatingDistance
- Varstiy Lakes Middle School (/schools/Florida/Lee-County/Lehigh-Acres/Varstiy-Lakes-Middle-School.html) (Grades 6-8) ✳ A 1.9 miles
- Lehigh Senior High School (/schools/Florida/Lee-County/Lehigh-Acres/Lehigh-Senior-High-School.html) (Grades 9-12) ✳ B- 2.2 miles
- Treeline Elementary School (/schools/Florida/Lee-County/Fort-Myers/Treeline-Elementary-School.html) (Grades PK-5) ✳ B+ 2.6 miles
- Sunshine Elementary School (/schools/Florida/Lee-County/Lehigh-Acres/Sunshine-Elementary-School.html) (Grades PK-5) ✳ B- 3.8 miles
- Harns Marsh Elementary School (/schools/Florida/Lee-County/Lehigh-Acres/Harns-Marsh-Elementary-School.html) (Grades PK-5) ✳ B- 4.1 miles



## Crime

**Buy Foreclosures without a Credit Check and Bring
NO Money to Closing**

### 14 Registered Offenders
### 🔍 search the registered offender database (http://www.homefacts.com/offenders/Florida/Lee-County/Lehigh-Acres.html)

- (http://www.homefacts.com/offender-detail/FL39814/Russell-J-Phelps.html)
  Russell J Phelps (http://www.homefacts.com/offender-detail/FL39814/Russell-J-Phelps.html)
  2605 Leda Ave S, Lehigh Acres, FL 33973
  0.23 miles away

- (http://www.homefacts.com/offender-detail/FL49235/Jaime-C-Valentin.html)
  Jaime C Valentin (http://www.homefacts.com/offender-detail/FL49235/Jaime-C-Valentin.html)
  5209 28th St SW, Lehigh Acres, FL 33973
  0.34 miles away

- (http://www.homefacts.com/offender-detail/FL4911620160119/Little-Clifton-Young-Jr.html)
  Little Clifton Young Jr (http://www.homefacts.com/offender-detail/FL4911620160119/Little-Clifton-Young-Jr.html)
  5219 30th St SW, Lehigh Acres, FL 33973
  0.35 miles away

- (http://www.homefacts.com/offender-detail/FL2127220160225/April-Marie-Alli.html)
  April Marie Alli (http://www.homefacts.com/offender-detail/FL2127220160225/April-Marie-Alli.html)
  5111 24th St SW, Lehigh Acres, FL 33973
  0.36 miles away

- (http://www.homefacts.com/offender-detail/FL52270/Luis-Alberto-Ortizramos.html)
  Luis Alberto Ortizramos (http://www.homefacts.com/offender-detail/FL52270/Luis-Alberto-Ortizramos.html)
  4970 24th St SW, Lehigh Acres, FL 33973
  0.44 miles away

- (http://www.homefacts.com/offender-detail/FL26745/Lance-Tyron-Berry-Harmon.html)
  Lance Tyron Berry-harmon (http://www.homefacts.com/offender-detail/FL26745/Lance-Tyron-Berry-Harmon.html)
  5313 30th St SW, Lehigh Acres, FL 33973
  0.56 miles away

-  (http://www.homefacts.com/offender-detail/FL211620160119/Edwardo-Casas.html)
  Edwardo Casas (http://www.homefacts.com/offender-detail/FL211620160119/Edwardo-Casas.html)
  4899 Golfview Blvd, Lehigh Acres, FL 33973
  0.67 miles away

-  (http://www.homefacts.com/offender-detail/FL81534/Rodney-William-Brooks-Jr.html)
  Rodney William Brooks Jr. (http://www.homefacts.com/offender-detail/FL81534/Rodney-William-Brooks-Jr.html)
  2428 Vernon Ave S, Lehigh Acres, FL 33973
  0.69 miles away

-  (http://www.homefacts.com/offender-detail/FL92005/Ernesto-Carmona-Jr.html)
  Ernesto Carmona Jr. (http://www.homefacts.com/offender-detail/FL92005/Ernesto-Carmona-Jr.html)
  5344 30th St SW, Lehigh Acres, FL 33973
  0.72 miles away

- (http://www.homefacts.com/offender-detail/FL7468/Alfonso-David-Redden.html)
  Alfonso David Redden (http://www.homefacts.com/offender-detail/FL7468/Alfonso-David-Redden.html)
  3012 Wallace Ave, Lehigh Acres, FL 33973
  0.78 miles away

- **Get Alerted to Registered Offenders**
  moving in nearby! **SIGN UP NOW**

  View All Registered Offenders (http://www.homefacts.com/offenders/Florida/Lee-County/Lehigh-Acres/33973.html)



# Crime Index
👁 view report (http://www.homefacts.com/crime/Florida/Lee-County/Lehigh-Acres.html)

*Crime data is calculated at city level

We're sorry! No Crime Index found in our database.

0 Former Drug Labs    Good news! No Drug labs found within 1 mile of 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

# Real Estate
👁 view all (/real-estate/Florida/Lee-County/Lehigh-Acres/33973.html)

### Real Estate Trends

**Buy Foreclosures WITHOUT Using Your Own Money or Credit!**

Average Listing Price
$144,900 ⬆ +$5,000 (3.57%)     compared to March 2015

Median Sales Price
$128,500 ⬆ +$1,500 (1.18%)     compared to March 2015

HOMES STANDINGS
75 Homes for Sale (/real-estate/Florida/Lee-County/Lehigh-Acres/for-sale.html) 52 Foreclosures (/real-estate/Florida/Lee-County/Lehigh-Acres/foreclosures.html) 8 Rentals (/real-estate/Florida/Lee-County/Lehigh-Acres/rentals.html)

# Median Home Value

## Housing Inventory
Property Type

- Vacant
  20.3%
- Rented
  65.7%
- Owned
  14%

Contact a Local Agent

Select Inquiry Type ▼

First Name
Last Name
Your Phone
Your Email Address

Submit

## Homes For Sale View All (/real-estate/Florida/Lee-County/Lehigh-Acres/33973/for-sale.html)

 $174,900

(/for-sale/929931-Meadow-Rd-Lehigh-Acres-Florida-33973-L-3yd-FMSWFL-216011891.html)
929/931 Meadow Rd (/for-sale/929931-Meadow-Rd-Lehigh-Acres-Florida-33973-L-3yd-FMSWFL-216011891.html)
Lehigh Acres, FL 33973
4 Beds | 4 Baths

 $190,000

(/for-sale/5022-28th-St-Sw-Lehigh-Acres-Florida-33973-L-3yd-FMSWFL-215046135.html)
5022 28th St Sw (/for-sale/5022-28th-St-Sw-Lehigh-Acres-Florida-33973-L-3yd-FMSWFL-215046135.html)
Lehigh Acres, FL 33973
6 Beds | 4 Baths

 $239,900 **1,837 sq ft**

(/for-sale/12669-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-215073276.html)
12669 Stone Tower Loop (/for-sale/12669-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-215073276.html)
Fort Myers, FL 33913
3 Beds | 2 Baths

 $8,400

(/for-sale/5132-28th-Street-Sw-Lehigh-Acres-Florida-33973-L-3yd-KW-7730993.html)
5132 28th Street Sw (/for-sale/5132-28th-Street-Sw-Lehigh-Acres-Florida-33973-L-3yd-KW-7730993.html)
Lehigh Acres, FL 33973
-- Beds | -- Baths

## Foreclosures Trends View All (/real-estate/Florida/Lee-County/Lehigh-Acres/33973/foreclosures.html)

median foreclosure price
$103,100   -$650 (-0.63%) compared to Feb 2016

## Nearby Foreclosures View All (/real-estate/Florida/Lee-County/Lehigh-Acres/33973/foreclosures.html)

 $15,600

(/foreclosures/Florida/Lee-County/Lehigh-Acres/57354747.html)
30th (/foreclosures/Florida/Lee-County/Lehigh-Acres/57354747.html)
Lehigh Acres, FL 33973
-- Beds | -- Baths

 $76,200

(/foreclosures/Florida/Lee-County/Lehigh-Acres/48295959.html)
29th (/foreclosures/Florida/Lee-County/Lehigh-Acres/48295959.html)
Lehigh Acres, FL 33973
-- Beds | -- Baths

 $62,200

(/foreclosures/Florida/Lee-County/Lehigh-Acres/45463615.html)
28th St SW (/foreclosures/Florida/Lee-County/Lehigh-Acres/45463615.html)
Lehigh Acres, FL 33973
-- Beds | -- Baths

 $62,200

(/foreclosures/Florida/Lee-County/Lehigh-Acres/45463616.html)
28th (/foreclosures/Florida/Lee-County/Lehigh-Acres/45463616.html)
Lehigh Acres, FL 33973
-- Beds | -- Baths

# Foreclosure Status Distribution

# Number Of Properties Per Bedroom (Distressed)

# Rental Properties View All (/real-estate/Florida/Lee-County/Lehigh-Acres/33973/rentals.html)

-  $2,500

(/rental/12821-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216035580.html)
12821 Stone Tower Loop (/rental/12821-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216035580.html)
Fort Myers, FL 33913
4 Beds | 3 Baths
 $2,500
(/rental/12821-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216035580.html)
12821 Stone Tower Loop (/rental/12821-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216035580.html)
Fort Myers, FL 33913
4 Beds | 3 Baths
 $2,800
(/rental/12020-Rock-Brook-Run-Fort-Myers-Florida-33913-L-3yd-FMSWFL-215052552.html)
12020 Rock Brook Run (/rental/12020-Rock-Brook-Run-Fort-Myers-Florida-33913-L-3yd-FMSWFL-215052552.html)
Fort Myers, FL 33913
2 Beds | 3 Baths
 $1,200
(/rental/9409-Ivy-Brook-Run-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216029292.html)
9409 Ivy Brook Run (/rental/9409-Ivy-Brook-Run-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216029292.html)
Fort Myers, FL 33913
2 Beds | 3 Baths
 $1,500
(/rental/9409-Ivy-Brook-Run-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216027706.html)
9409 Ivy Brook Run (/rental/9409-Ivy-Brook-Run-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216027706.html)
Fort Myers, FL 33913
3 Beds | 3 Baths

# Fair Market Rents

**Displaying data from FL 33973

- Property Type Rent
- Studio: $560
- 1 Bedroom: $650
- 2 Bedrooms: $810
- 3 Bedrooms: $1,050
- 4 Bedrooms: $1,190

## Zip Codes

33930 (/zip-code/Florida/Lee-County/Lehigh-Acres/33930.html) 33936 (/zip-code/Florida/Lee-County/Lehigh-Acres/33936.html) 33970 (/zip-code/Florida/Lee-County/Lehigh-Acres/33970.html) 33971 (/zip-code/Florida/Lee-County/Lehigh-Acres/33971.html) 33972 (/zip-code/Florida/Lee-County/Lehigh-Acres/33972.html) 33973 (/zip-code/Florida/Lee-County/Lehigh-Acres/33973.html) 33974 (/zip-code/Florida/Lee-County/Lehigh-Acres/33974.html) 33976 (/zip-code/Florida/Lee-County/Lehigh-Acres/33976.html)

## Cities

Gateway, FL (/city/Florida/Lee-County/Gateway.html)
Buckingham, FL (/city/Florida/Lee-County/Buckingham.html)
Fort Myers, FL (/city/Florida/Lee-County/Fort-Myers.html)
Tice, FL (/city/Florida/Lee-County/Tice.html)
Page Park, FL (/city/Florida/Lee-County/Page-Park.html)
Fort Myers Shores, FL (/city/Florida/Lee-County/Fort-Myers-Shores.html)
Olga, FL (/city/Florida/Lee-County/Olga.html)
Villas, FL (/city/Florida/Lee-County/Villas.html)
Pine Manor, FL (/city/Florida/Lee-County/Pine-Manor.html)

View All Real Estate (/real-estate/Florida/Lee-County/Lehigh-Acres/33973.html)

# Environmental Hazards

## 16 Environmental Hazards

**0**

### Brownfields
within 1 mile

view all (/environmentalhazards/brownfields/Florida/Lee-County/Lehigh-Acres/33973.html)

**10**

### Registered Polluters
within 1 mile

view all (/environmentalhazards/polluters/Florida/Lee-County/Lehigh-Acres/33973.html)

**0**

### Superfunds
within 1 mile

view all (/environmentalhazards/superfunds/Florida/Lee-County/Lehigh-Acres/33973.html)

**6**

### Tanks & Spills
within 1 mile

view all (/environmentalhazards/tanks/Florida/Lee-County/Lehigh-Acres/33973.html)

## Health Hazards

Air Quality HEALTHY (812/818)

view all (/airquality/Florida/Lee-County/Lehigh-Acres/33973.html)

- Lehigh Acres, FL has healthy air quality, with a score of **99.27%**.
  Radon ZONE 3 COUNTY

  view all (/radon/Florida/Lee-County.html)

  Lehigh Acres, FL is a green zone.
  UV Index VERY HIGH 8.52 Average
  Lehigh Acres, FL is a very high risk area for ultra-violet rays.

view all (/uvindex/Florida/Lee-County/Lehigh-Acres.html)

## Weather

*Weather and temperature data is calculated for Lehigh Acres, FL

- Fri

  86° / 71°

  - Sat

    85° / 69°

  - Sun

    86° / 71°

## Average Monthly Temperature

| | | | |
|---|---|---|---|
| January | 63.32° | July | 82.33° |
| February | 66.07° | August | 83.38° |
| March | 67.75° | September | 82.22° |
| April | 74.13° | October | 77.42° |
| May | 78.42° | November | 69.55° |
| June | 82.06° | December | 65.8° |

View More About Environmental Hazards (/environmentalhazards/Florida/Lee-County/Lehigh-Acres/33973.html)

# Natural Disasters

Probability of Natural Disasters for 3001-3003 Owen Ave S*Natural Disasters data is calculated for Lehigh Acres, FL

Earthquakes (/earthquakes/Florida/Lee-County/Lehigh-Acres.html)
Lehigh Acres, FL has a very low risk of earthquakes.

Hurricanes (/hurricanes/Florida/Lee-County/Lehigh-Acres.html)
Lehigh Acres, FL has a very high risk of hurricanes.

Hail
Lehigh Acres, FL has a very low risk of hail storms.

Tornadoes (/tornadoes/Florida/Lee-County/Lehigh-Acres.html)
Lehigh Acres, FL has a moderate risk of tornadoes.

Flood Risk
This home is located in a minimal flood risk area, falling outside of the 1% and 0.2% annual chance floodplains. However flooding is possible due to severe rainfall and inadequate local drainage. Flood insurance is recommended in this area, but not required by federal regulation.

# Demographics

view details (/demographics/Florida/Lee-County/Lehigh-Acres/33973.html)

## Median Household Income
Median Household Income in Lehigh Acres, FL: $30,430

## Median Cost Of Living
Cost of Living index National Average is 100. Values under are lower cost and values over are higher cost.

## Unemployment
Unemployment in Lehigh Acres is 4.3%. It is lower than the state and national averages, 4.7% and 5.0% respectively



## Workforce Breakdown
Blue Collar - **64.77%**
White Collar - **35.23%**



# Politics

## State Representatives
- Gov. Rick Scott
- Sen. Bill Nelson
- Sen. Marco Rubio

## City Representatives
- Kathy Castor

# Neighborhood Info

4 Airports        view all (/airports/Florida/Lee-County/Lehigh-Acres/33973.html)

Buckingham Field(FL59) (/airports/Florida/Lee-County/Fort-Myers/FL59.html)

Strayhorn Ranch(47FD) (/airports/Florida/Lee-County/Fort-Myers/47FD.html)
Southwest Florida International(RSW) (/airports/Florida/Lee-County/Fort-Myers/RSW.html)
Page Field(FMY) (/airports/Florida/Lee-County/Fort-Myers/FMY.html)

## Nearest Major Airports

Southwest Florida International (/airports/Florida/Lee-County/Fort-Myers/RSW.html)
Sarasota Bradenton International (/airports/Florida/Sarasota-County/Sarasota/SRQ.html)
Palm Beach International (/airports/Florida/Palm-Beach-County/West-Palm-Beach/PBI.html)

## 2 Cemeteries      view all (/cemeteries/Florida/Lee-County/Lehigh-Acres/33973.html)

Lee Memorial Park Funeral Home (/cemeteries/Florida/Lee-County/Fort-Myers/Lee-Memorial-Park-Funeral-Home.html)
Lee Memorial Garden Cemetery (/cemeteries/Florida/Lee-County/Fort-Myers/Lee-Memorial-Garden-Cemetery.html)

## 0 FCC Towers view all (/fcctowers/Florida/Lee-County/Lehigh-Acres/33973.html)

- No fcc towers found within 1 mile of 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

## 0 Fire Stations view all (/firestations/Florida/Lee-County/Lehigh-Acres/33973.html)

- No fire stations found within 1 mile of 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

## 0 Hospitals view all (/hospitals/Florida/Lee-County/Lehigh-Acres/33973.html)

- No hospitals found within 1 mile of 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

## 0 Libraries view all (/libraries/Florida/Lee-County/Lehigh-Acres/33973.html)

- No library found within 1 mile of 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

## 0 Police Stations                view all (/policestations/Florida/Lee-County/Lehigh-Acres/33973.html)

- No police station found within 1 mile of 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

## 0 Retirement Homes                view all (/nursinghomes/Florida/Lee-County/Lehigh-Acres/33973.html)

- No retirement homes found within 1 mile of 3001-3003 Owen Ave S, Lehigh Acres, FL 33973

## Explore your neighborhood with Homefacts

### Homes For Sale

929/931 Meadow Rd, Lehigh Acres, FL (/for-sale/929931-Meadow-Rd-Lehigh-Acres-Florida-33973-L-3yd-FMSWFL-216011891.html)
5022 28th St Sw, Lehigh Acres, FL (/for-sale/5022-28th-St-Sw-Lehigh-Acres-Florida-33973-L-3yd-FMSWFL-215046135.html)
12669 Stone Tower Loop, Fort Myers, FL (/for-sale/12669-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-215073276.html)
5132 28th Street Sw, Lehigh Acres, FL (/for-sale/5132-28th-Street-Sw-Lehigh-Acres-Florida-33973-L-3yd-KW-7730993.html)
5132 28th St Sw, Lehigh Acres, FL (/for-sale/5132-28th-St-Sw-Lehigh-Acres-Florida-33973-L-3yd-BEARFL-215071356.html)
2605 Matena Ave S, Lehigh Acres, FL (/for-sale/2605-Matena-Ave-S-Lehigh-Acres-Florida-33973-L-3yd-BEARFL-216023467.html)
12602 Ivory Stone Loop, Fort Myers, FL (/for-sale/12602-Ivory-Stone-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216016866.html)
12821 Stone Tower Loop, Fort Myers, FL (/for-sale/12821-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216006119.html)
12587 Stone Tower Loop, Fort Myers, FL (/for-sale/12587-Stone-Tower-Loop-Fort-Myers-Florida-33913-L-3yd-FMSWFL-216032296.html)
5132 26th St Sw, Lehigh Acres, FL (/for-sale/5132-26th-St-Sw-Lehigh-Acres-Florida-33973-L-3yd-FMSWFL-216001339.html)

### Foreclosures

30th, Lehigh Acres, FL (/foreclosures/Florida/Lee-County/Lehigh-Acres/57354747.html)
29th, Lehigh Acres, FL (/foreclosures/Florida/Lee-County/Lehigh-Acres/48295959.html)
28th St Sw, Lehigh Acres, FL (/foreclosures/Florida/Lee-County/Lehigh-Acres/45463615.html)
28th, Lehigh Acres, FL (/foreclosures/Florida/Lee-County/Lehigh-Acres/45463616.html)
28th, Lehigh Acres, FL (/foreclosures/Florida/Lee-County/Lehigh-Acres/45463614.html)
Meadow, Lehigh Acres, FL (/foreclosures/Florida/Lee-County/Lehigh-Acres/49340366.html)
27th, Lehigh Acres, FL (/foreclosures/Florida/Lee-County/Lehigh-Acres/68881443.html)
Stone Tower, Fort Myers, FL (/foreclosures/Florida/Lee-County/Fort-Myers/49542909.html)
Stone Tower, Fort Myers, FL (/foreclosures/Florida/Lee-County/Fort-Myers/67712412.html)
Stone Tower, Fort Myers, FL (/foreclosures/Florida/Lee-County/Fort-Myers/49657221.html)

### Nearby Cities

- Gateway, FL Real Estate (/city/Florida/Lee-County/Gateway.html)
- Buckingham, FL Real Estate (/city/Florida/Lee-County/Buckingham.html)
- Fort Myers, FL Real Estate (/city/Florida/Lee-County/Fort-Myers.html)
- Tice, FL Real Estate (/city/Florida/Lee-County/Tice.html)
- Page Park, FL Real Estate (/city/Florida/Lee-County/Page-Park.html)
- Fort Myers Shores, FL Real Estate (/city/Florida/Lee-County/Fort-Myers-Shores.html)
- Olga, FL Real Estate (/city/Florida/Lee-County/Olga.html)
- Villas, FL Real Estate (/city/Florida/Lee-County/Villas.html)
- Pine Manor, FL Real Estate (/city/Florida/Lee-County/Pine-Manor.html)

### Top County Schools

The Sanibel School (/schools/Florida/Lee-County/Sanibel/The-Sanibel-School.html)
Edison Collegiate High School (/schools/Florida/Lee-County/Fort-Myers/Edison-Collegiate-High-School.html)
Allen Park Elementary School (/schools/Florida/Lee-County/Fort-Myers/Allen-Park-Elementary-School.html)
City Of Cape Coral Charter High School (/schools/Florida/Lee-County/Cape-Coral/City-Of-Cape-Coral-Charter-High-School.html)
Gulf Middle School (/schools/Florida/Lee-County/Cape-Coral/Gulf-Middle-School.html)
Pine Island Elementary School (/schools/Florida/Lee-County/Bokeelia/Pine-Island-Elementary-School.html)
Fort Myers High School (/schools/Florida/Lee-County/Fort-Myers/Fort-Myers-High-School.html)
Trafalgar Middle School (/schools/Florida/Lee-County/Cape-Coral/Trafalgar-Middle-School.html)
Oasis Middle (/schools/Florida/Lee-County/Cape-Coral/Oasis-Middle.html)
Three Oaks Elementary School (/schools/Florida/Lee-County/Fort-Myers/Three-Oaks-Elementary-School.html)



## Feel Safe

with Homefacts free home and neighborhood alert emails

2 New Registered Offenders
1 Former Drug Lab Reported
Environmental Hazards
and more

**Sign Up**

### Explore Homefacts

Area Overview (http://www.homefacts.com/zip-code/Florida/Lee-County/Lehigh-Acres/33973.html)

Real Estate (http://www.homefacts.com/real-estate/Florida/Lee-County/Lehigh-Acres/33973.html)

Offenders (http://www.homefacts.com/offenders/Florida/Lee-County/Lehigh-Acres/33973.html)

Schools (http://www.homefacts.com/schools/Florida/Lee-County/Lehigh-Acres/33973.html)

Crime Stats (http://www.homefacts.com/crime/Florida/Lee-County/Lehigh-Acres/33973.html)

Unemployment (http://www.homefacts.com/unemployment/Florida/Lee-County/Lehigh-Acres/33973.html)

Environmental Hazards (http://www.homefacts.com/environmentalhazards/...)

Banks (http://www.homefacts.com/banks/Florida/Lee-County/Lehigh-Acres.html)

Interactive Map (http://www.homefacts.com/interactivemap/Florida/Lee-County/Lehigh-Acres/33973.html)

Drug Labs (http://www.homefacts.com/methlabs/Florida/Lee-County/Lehigh-Acres/33973.html)

Demographics (http://www.homefacts.com/demographics/Florida/Lee-County/Lehigh-Acres/33973.html)

Politics (http://www.homefacts.com/politics/Florida/Lee-County/Lehigh-Acres/33973.html)

Building Permits (http://www.homefacts.com/buildingpermits/Florida/Lee-County/Lehigh-Acres/33973.html)

U.S Property Records (http://www.homefacts.com/properties/Florida/Lee-Co...)

Colleges/Universities (http://www.homefacts.com/collegesanduniversities/Fl...)

Retirement Homes (http://www.homefacts.com/nursinghomes/Florida/Lee-C...)

Airport (http://www.homefacts.com/airports/Florida/Lee-County/Lehigh-Acres/33973.html)

Cemeteries (http://www.homefacts.com/cemeteries/Florida/Lee-County/Lehigh-Acres/33973.html)

FCC Towers (http://www.homefacts.com/fcctowers/Florida/Lee-County/Lehigh-Acres/33973.html)

Fire Stations (http://www.homefacts.com/firestations/Florida/Lee-County/Lehigh-Acres/33973.html)

Hospitals (http://www.homefacts.com/hospitals/Florida/Lee-County/Lehigh-Acres/33973.html)

Libraries (http://www.homefacts.com/libraries/Florida/Lee-County/Lehigh-Acres/33973.html)

Police Stations (http://www.homefacts.com/policestations/Florida/Lee-County/Lehigh-Acres/33973.html)

Hurricanes (http://www.homefacts.com/hurricanes/Florida/Lee-County/Lehigh-Acres/33973.html)

Air Quality (http://www.homefacts.com/airquality/Florida/Lee-County/Lehigh-Acres/33973.html)

Earthquakes (http://www.homefacts.com/earthquakes/Florida/Lee-County/Lehigh-Acres.html)

Radon (http://www.homefacts.com/radon/Florida/Lee-County.html)

Tornadoes (http://www.homefacts.com/tornadoes/Florida/Lee-County/Lehigh-Acres/33973.html)

UV Index (http://www.homefacts.com/uvindex/Florida/Lee-County/Lehigh-Acres.html)

Weather (http://www.homefacts.com/weather/Florida/Lee-County/Lehigh-Acres/33973.html)

### About Us

Privacy Policy (/privacypolicy.html)

Report An Error (/hf_pro/send_email_error.php)

Terms of Use (/termsofuse.html)

Widgets & Portals (/widgetsandportals.html)

Advertisers (/advertising.html)

### Mobile Apps

 (https://itunes.apple.com/us/app/homefacts/id861096892?mt=8)

 (https://play.google.com/store/apps/details?id=com.homefacts.droid)

Connect with us

(http://www.facebook.com/Homefacts)

(http://twitter.com/Homefacts)

(https://plus.google.com/105104626012961255337/)

(https://www.pinterest.com/homefacts/)

Copyright © 2016 Homefacts.com (TM) . All rights reserved.

Case 16-14604-JKO    Doc 66-1    Filed 07/26/16    Page 12 of 12

Copyright © 2016 Homefacts.com (TM) . All rights reserved.